ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants
U.S. DEPARTMENT OF HOMELAND SECURITY and
U.S. CUSTOMS AND BORDER PROTECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUDDY WATERS, LLC, a Nevada limited liability company, | CASE NO. C 18-0398 JCS |
| Plaintiff, | |
| v. | STIPULATION OF SUBSTITUTION AND DISMISSAL; [PROPOSED] ORDER |
| U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendants. | |

Subject to the approval of the Court, the parties hereby stipulate as follows:

1. Muddy Waters Capital LLC shall be substituted as the plaintiff in place of Muddy Waters, LLC, which is an entity that is now dormant.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Muddy Waters Capital LLC and Defendants U.S. Department of Homeland Security ("DHS") and U.S. Customs and Border Protection ("CBP") hereby stipulate to dismiss this action, including all claims that were asserted therein. This dismissal is without prejudice to Plaintiff's ability to file another FOIA request for the same subject matter in the future. Each party will bear its own costs and attorneys' fees, except that Plaintiff shall pay

DHS $82 in review fees and CBP $168 in review fees in accordance with standard FOIA billing procedures.

Respectfully submitted,

DATED: 9/5/2018

THOMAS R. BURKE
Attorney for Plaintiff

ALEX G. TSE
United States Attorney

DATED: 9/5/18

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 7, 2018

JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE

### ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

ALEX G. TSE
United States Attorney

DATED: 9/5/18

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants